UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-032 |
| VERSUS | SECTION: M |
| STANTON GUILLORY<br>LOUIS AGE, JR.<br>LOUIS AGE, III<br>RONALD WILSON, JR.<br>KENDRICK JOHNSON | |

NOTICE OF TRIAL
(previously set 12/2/2019)

Take notice that this criminal case has been set for **TRIAL** on **APRIL 13, 2020, at 8:30 a.m.**, before Judge Barry W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA.  A pretrial conference will be held on **March 24, 2020, at 2:00 p.m.**

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  August 22, 2019 | WILLIAM W. BLEVINS, CLERK<br>by: Cherie Charles, Deputy Clerk |
| TO:<br>STANTON GUILLORY c/o USM | AUSA: ELIZABETH A. PRIVITERA |
| **COUNSEL FOR GUILLORY:**<br>KERRY CUCCIA<br>kerryc@capitald.org<br>ALYSSON MILLS<br>amills@fishmanhaygood.com | elizabeth.privitera@usdoj.gov<br>MYLES DREW RANIER<br>myles.ranier@usdoj.gov<br>SEAN M. TOOMEY<br>sean.toomey@usdoj.gov<br>JAMES STUART BAEHR |
| LOUIS AGE, JR. c/o USM | james.baehr@usdoj.gov |
| **COUNSEL FOR AGE, JR.:**<br>RICHARD BOURKE<br>rbourke@thejusticecenter.org<br>JOSEPH W. VIGNERI<br>jvigneri@thejusticecenter.org | U.S. Probation Office - Pretrial Services Unit<br><br>U.S. Marshal<br><br>JUDGE |
| LOUIS AGE, III c/o USM<br>**COUNSEL FOR AGE, III:**<br>NICHOLAS TRENTICOSTA<br>nicktr@bellsouth.net<br>STEVEN LEMOINE<br>SteveLem@aol.com | MAGISTRATE JUDGE<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:  NONE |
| **Continued on Page 2** | **If you change address,<br>notify clerk of court<br>by phone, (504) 589-7682** |

Page 2
Criminal No. 16-032 M
USA vs. Guillory, et al

RONALD WILSON, JR. c/o USM
**COUNSEL FOR WILSON:**
JOHN H. CRAFT
jhcraft@bellsouth.net
JESSICA MULLALY
jessicamullaly1@gmail.com

KENDRICK JOHNSON c/o USM
**COUNSEL FOR JOHNSON:**
HERBERT LARSON
hvl@hvllaw.com
STEPHEN HAEDICKE
stephen@haedickelaw.com


COORDINATING DISCOVERY ATTORNEY:
EMMA M. GREENWOOD
emma@greenwoodlg.com