MINUTE ENTRY
VAN MEERVELD
December 13, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    *Plaintiff*<br><br>VERSUS<br><br>STANTON GUILLORY, ET AL.<br>    *Defendants* | CRIMINAL ACTION<br><br>NO. 16-00032<br><br>SECTION: "M" (1)<br><br>JUDGE BARRY W. ASHE<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### HEARING ON MOTION

COURT REPORTER:   Nichelle Drake

APPEARANCES: Richard Bourke, Joseph Vigneri, Kerry Cuccia, Alysson Mills, Nicholas Trenticosta, Steven Lemoine, John Craft, Jessica Mullaly, Herbert Larson, Jr., Stephen Haedicke, Liz Privitera, Myles Ranier

MOTION(S):

1. Defendant, Louis Age Jr.'s Motion for Immediate Production of Brady Material (Rec. Doc. 275)
2. Defendant, Louis Age Jr.'s Motion for Bill of Particulars (Rec. Doc. 276)
3. Defendant, Louis Age Jr.'s Motion for Discovery Pursuant to Rules 16 and 12(B)(4) (Rec. Doc. 277)
4. Defendant, Louis Age Jr.'s Motion for Issuance of Subpoenas Duces Tecum (Rec. Doc. 278)
5. Defendant, Kendrick Johnson's Motion for a Bill of Particulars (Rec. Doc. 279), and
6. Defendant, Stanton Guillory's Motion for Bill of Particulars (Rec. Doc. 288).

All motions were argued. The Motion for Issuance of Subpoenas Duces Tecum (Rec. Doc. 278) was GRANTED in part and DENIED in part; the defendants are authorized to issue a subpoena for the juvenile court records of Raheem Jackson, provided that the documents shall be returned to the chambers of the undersigned. As to the remaining motions, the court granted in

part, denied in part, denied as moot in part, and took under submission in part. A written ruling will be issued detailing the court's rulings and reasons.

The government offered an exhibit, which was allowed over the defendants' objection. The exhibit shall be entered into the record as Supplemental Exhibit 1 to the government's opposition. (Rec. Doc. 313).

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (03:50)