UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-032 |
| VERSUS | SECTION: M |
| STANTON GUILLORY<br>LOUIS AGE, JR.<br>LOUIS AGE, III<br>RONALD WILSON, JR.<br>KENDRICK JOHNSON | |

NOTICE OF SUPPRESSION HEARING

Take notice that this criminal case has been set for a **Suppression Hearing** on **March 6, 2020, at 9:00 a.m.**, before Judge Barry W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  February 12, 2020

TO:
STANTON GUILLORY c/o USM
**COUNSEL FOR GUILLORY:**
KERRY CUCCIA
kerryc@capitald.org
ALYSSON MILLS
amills@fishmanhaygood.com

LOUIS AGE, JR. c/o USM
**COUNSEL FOR AGE, JR.:**
RICHARD BOURKE
rbourke@thejusticecenter.org
JOSEPH W. VIGNERI
jvigneri@thejusticecenter.org

LOUIS AGE, III c/o USM
**COUNSEL FOR AGE, III:**
NICHOLAS TRENTICOSTA
nicktr@bellsouth.net
STEVEN LEMOINE
SteveLem@aol.com

**Continued on Page 2**

CAROL L. MICHEL, CLERK
by: Cherie Charles, Deputy Clerk

AUSA: ELIZABETH A. PRIVITERA
elizabeth.privitera@usdoj.gov
MYLES DREW RANIER
myles.ranier@usdoj.gov
SEAN M. TOOMEY
sean.toomey@usdoj.gov
JAMES STUART BAEHR
james.baehr@usdoj.gov

U.S. Probation Office - Pretrial Services Unit

U.S. Marshal

JUDGE

MAGISTRATE JUDGE

COURT REPORTER COORDINATOR
INTERPRETER:  NONE

**If you change address,
notify clerk of court
by phone, (504) 589-7703**

Page 2

Criminal No. 16-032 M
USA vs. Guillory, et al


RONALD WILSON, JR. c/o USM
**COUNSEL FOR WILSON:**
JOHN H. CRAFT
jhcraft@bellsouth.net
JESSICA MULLALY
jessicamullaly1@gmail.com

KENDRICK JOHNSON c/o USM
**COUNSEL FOR JOHNSON:**
HERBERT LARSON
hvl@hvllaw.com
STEPHEN HAEDICKE
stephen@haedickelaw.com


COORDINATING DISCOVERY ATTORNEY:
EMMA M. GREENWOOD
emma@greenwoodlg.com