UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE, JR.<br>LOUIS AGE III<br>RONALD WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY | SECTION M |

## ORDER

Before the Court is a motion by the Clerk of Court for the United States District Court for the Eastern District of Louisiana (the "Clerk") to intervene, or alternatively, appear and participate as *amicus curiae*,[1] to address the issues related to the Court's jury-selection process that are raised in the motion to quash filed by defendant Louis Age Jr.,[2] in which all other defendants join.[3] Defendants and the United States of America (the "government") oppose the motion,[4] and the Clerk replies in further support of her motion.[5] Having considered the parties' memoranda, the record, and the applicable law,

IT IS ORDERED that the motion is DENIED. However,

IT IS FURTHER ORDERED that the Clerk provide any relevant factual information concerning the Court's jury-selection process, including any statistical analysis and related data (if not already produced), directly to this Court and the parties no later than April 2, 2021.[6] The Clerk

---

[1] R. Doc. 493.
[2] R. Doc. 483.
[3] R. Docs. 488, 491 & 492.
[4] R. Docs. 501 & 502.
[5] R. Doc. 505. In her reply, the Clerk withdraws the request for formal intervention.
[6] In response to this Court's previous order to provide information concerning the jury-selection process (R. Doc. 384), the Clerk provided the requested information to the parties and the Court in the form of a letter response, documents, and two compact discs. The letter response provided some explanation for the accompanying factual

may also provide an expert report in conjunction with any statistical analysis no later than April 2, 2021.  **Any and all personal identifiers must be redacted from all documents the Clerk provides**.

IT IS FURTHER ORDERED that the parties shall submit jointly a briefing schedule for Defendants' motion to quash no later than 15 days from the date of this order.

IT IS FURTHER ORDERED that Defendants' motion to quash will be submitted to the Court on the papers, without oral argument, on May 27, 2021.  If, after reviewing the parties' submissions, the Court finds that oral argument would be helpful, it will so order at that time.  In ruling on the motion, the Court plans to address all three prongs of the test set out in *Duren v. Missouri*, 439 U.S. 357 (1979), so the parties are encouraged to do the same in their briefs on the motion.

New Orleans, Louisiana, this 2nd day of March, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

information, but the letter did not include any legal argument.  No party objected to this form of response.  Accordingly, the Clerk may proceed in the same fashion to supply the information the Court now orders to be provided, including any expert report the Clerk may obtain.