UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>RONALD WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY | SECTION M |

## ORDER

Considering the defendants' unopposed motion to extend deadline to file oppositions to the government's motion *in limine* to admit statements of Milton Womack pursuant to Federal Rule of Evidence 804(b)(6) (Rec. Doc. 523),

IT IS ORDERED that the Motion is GRANTED, and the defendants' oppositions to the government's moiton *in limine* (R. Doc. 516) is due on or before June 15, 2021.

New Orleans, Louisiana, this 26th day of May, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE