UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>     a/k/a "Big Lou"<br>RONAL WILSON JR.<br>KENDRICK JOHNSON<br>STANTON GUILLORY<br>     a/k/a "Nan Nan" | SECTION M (1) |

## ORDER

Before the Court are (1) defendants' joint omnibus motion to sever (R. Doc. 548), (2) defendants' joint motion to prohibit the government from offering certain evidence at the trial of this matter as described in the government's motion to provide notice of intent to introduce intrinsic acts or in the alternative extrinsic acts pursuant to Federal Rule of Evidence 404(b) (R. Doc. 560),[1] and (3) Louis Age III's motion to sever his trial from that of Louis Age Jr. (R. Doc. 561),

IT IS ORDERED that all three of defendants' above-referenced motions (R. Docs. 548, 560, and 561) shall be submitted to the court, on the papers, on December 9, 2021.

IT IS FURTHER ORDERED that any opposition to (1) the defendants' joint motion to prohibit the government from offering certain evidence at the trial of this matter as described in the government's motion to provide notice of intent to introduce intrinsic acts or in the

---

[1] The government's motion to provide notice of intent is Record Document 433.

alternative extrinsic acts pursuant to Federal Rule of Evidence 404(b) (R. Doc. 560),[2] and (2) Louis Age III's motion to sever his trial from that of Louis Age Jr. (R. Doc. 561), shall be filed on or before December 9, 2021.

New Orleans, Louisiana, this 16th day of November, 2021.

                                              BARRY W. ASHE
                                              UNITED STATES DISTRICT JUDGE

---

[2] The government has already filed its opposition to defendants' joint omnibus motion to sever. *See* R. Doc. 553.