UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-032 |
| LOUIS AGE JR., *et al.* | SECTION M |

### O R D E R

Considering the motion by the United States (the "Government") to withdraw its motion to quash the subpoenas Louis Age Jr. issued for the evidentiary hearing on his motion to suppress his statements, and the Government's representation that it will not seek to introduce those statements at trial (R. Doc. 586),

**IT IS ORDERED** that the Government's motion to withdraw (R. Doc. 586) is GRANTED, and its motion to quash (R. Doc. 371) is DISMISSED as moot.

**IT IS FURTHER ORDERED** Age Jr.'s motion to suppress his statements (R. Doc. 284) is DISMISSED as moot, and the accompanying evidentiary hearing set for January 4, 2022, is CANCELLED.

New Orleans, Louisiana, this 3rd day of January, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE