UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-032 |
| VERSUS | SECTION: M |
| STANTON GUILLORY<br>LOUIS AGE, JR.<br>LOUIS AGE, III<br>RONALD WILSON, JR.<br>KENDRICK JOHNSON | |

## NOTICE OF TRIAL

Take Notice that this criminal case has been set for TRIAL on **March 14, 2022, at 9:00 a.m.** before Judge Barry W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA 70130. A final Pretrial Conference will be held on **February 23, 2022 at 9:30 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 18, 2022 | CAROL L. MICHEL, CLERK<br>by: Cherie Charles, Deputy Clerk |
| TO:<br>STANTON GUILLORY c/o USM | AUSA: ELIZABETH A. PRIVITERA |
| **COUNSEL FOR GUILLORY:**<br>KERRY CUCCIA | elizabeth.privitera@usdoj.gov<br>DAVID HALLER |
| kerryc@capitald.org<br>ALYSSON MILLS | david.haller@usdoj.gov |
| amills@fishmanhaygood.com | U.S. Probation Office - Pretrial Services Unit |
| LOUIS AGE, JR. c/o USM | U.S. Marshal |
| **COUNSEL FOR AGE, JR.:**<br>RICHARD BOURKE | JUDGE |
| rbourke@thejusticecenter.org<br>JULIE J. CHUNG | MAGISTRATE JUDGE |
| jchung@thejusticecenter.org | COURT REPORTER COORDINATOR<br>INTERPRETER: NONE |
| LOUIS AGE, III c/o USM<br>**COUNSEL FOR AGE, III:** | |
| NICHOLAS TRENTICOSTA<br>nicktr@bellsouth.net | **If you change address,**<br>**notify clerk of court** |
| STEVEN LEMOINE<br>SteveLem@aol.com | **by phone, (504) 589-7703** |

**Continued Page 2**

Page 2
Criminal No. 16-032 M
USA vs. Guillory, et al

RONALD WILSON, JR. c/o USM
**COUNSEL FOR WILSON:**
ANNA FRIEDBERG
afriedberglaw@gmail.com
JESSICA MULLALY
jessicamullaly1@gmail.com

KENDRICK JOHNSON c/o USM
**COUNSEL FOR JOHNSON:**
HERBERT LARSON
hvl@hvllaw.com
STEPHEN HAEDICKE
stephen@haedickelaw.com


COORDINATING DISCOVERY
ATTORNEY:
EMMA M. GREENWOOD
emma@greenwoodlg.com