## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **Case No. 16-32-2** |
| v. | ) **Section "M"** |
| | ) |
| **LOUIS AGE JR.** | ) **Judge Barry W. Ashe** |
| **LOUIS AGE III** | ) |
| **RONALD WILSON JR** | ) |
| **STANTON GUILLORY** | ) |

### DEFENDANT'S MOTION FOR EXPEDITED CONSDERATION OF MOTION FOR DISCOVERY PURSUANT TO RULES 16 AND 12(B)(4) OF THE FEDERRAL RULES OF CRIMINAL PROCEDURE

**NOW COME** defendants, Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr., and Stanton Guillory, through undersigned counsel, and moves this Court, to grant expedited consideration to their Motion for Expedited Consideration for Motion for Discovery Pursuant to Rules 16 and 12(B)(4) of the Federal Rules of Criminal Procedure.

This motion requires urgent consideration as the information requested therein is vital to the defense's preparation for trial, and necessary to protect the defendants' rights under the Fifth, Sixth and Eighth Amendment, and other applicable law.

Failure to grant expedited consideration will wholly deny the defense access to constitutionally entitled relief.

**WHEREFORE**, for the foregoing reasons defendants, Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr. and Stanton Guillory respectfully request that this Court grant expedited consideration of their Motion for Expedited Consideration for Motion for Discovery Pursuant to Rules 16 and 12(B)(4) of the Federal Rules of Criminal Procedure.

Respectfully Submitted,

*/s/ Anna Friedberg*
Anna Friedberg
3110 Canal Street
New Orleans, LA 70119
504-444-8557
Email: anna.friedberg@gmail.com

Attorney for Ronald Wilson

*s/ Jessica Mullaly*
Jessica L. Mullaly, LA Bar #26674
Attorney for Ronald Wilson
7925 nelson Street
New Orleans, LA 70125
Telephone: 504-258-7294
Email: jessicamullaly1@gmail.com

Attorney for Ronald Wilson

*/s/ Richard Bourke*
Richard Bourke, LA #31428
Christine Lehmann LA 28122
Attorneys for Louis Age, Jr.
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
504-558-9867
504-558-0378 (fax)

Attorneys for Louis Age, Jr.

*/s/ Alysson L. Mills*
ALYSSON L. MILLS
650 Poydras Street, Suite 1525
New Orleans, LA 70130
amills@millsamond.com


Attorney for Stanton Guillory

*/s/ Kerry P. Cuccia*
KERRY P. CUCCIA
3801 Canal Street
Suite 400
New Orleans, LA 70119
504-595-8965
Email: kerryc@capitald.org

Attorney for Stanton Guillory


*Nicholas J. Trenticosta*
Nicholas J. Trenticosta
Herrero & Trenticosta
7100 St. Charles Ave.
New Orleans, LA 70118
504-352-8019
Email: nicktr@bellsouth.net

Attorney for Louis Age, III

**CERTIFICATE OF SERVICE**

I hereby certify that on 03/10/2022 I electronically filed the foregoing with the Clerk of Courtby using the CM/ECF system which will send a notice of electronic filing to all parties.

*/s/ Anna Friedberg*