UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL DOCKET |
| | ) | |
| versus | ) | NUMBER: 16-32-1 |
| | ) | |
| LOUIS AGE JR. | ) | JUDGE BARRY W. ASHE |
| LOUIS AGE III | ) | |
| RONALD WILSON JR | ) | |
| STANTON GUILLORY | ) | |

**DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION
OF THEIR JOINT MOTION TO CONTINUE TRIAL**

NOW COMES Louis Age Jr., Louis Age III, Ronald Wilson Jr., and Stanton Guillory., ("Defendants") through undersigned counsel, and move this Court, to grant expedited consideration to *Defendants' Motion for leave to make extrajudicial statement to request assistance in obtaining evidence*.

This motion requires urgent consideration as it seeks an opportunity for pre-trial investigation which will be effectively denied if the motion is not granted expedited consideration.

This court has granted expedited consideration on a related motion for discovery and set a date for filing of any opposition of March 14 at 5pm.

WHEREFORE, for the foregoing reasons Defendants respectfully requests that this Court grant expedited consideration of *Defendants' Motion for leave to make extrajudicial statement to request assistance in obtaining evidence*.

Respectfully submitted,

*/s/ Richard Bourke*
Richard Bourke, LA #31428
Christine Lehmann LA 28122
Attorneys for Louis Age, Jr.
636 Baronne Street

*Nicholas J. Trenticosta*
Nicholas J. Trenticosta
Herrero & Trenticosta
7100 St. Charles Ave.

1

New Orleans, LA 70113
504-558-9867
rbourke@thejusticecenter.org

Attorneys for Louis Age, Jr
.

New Orleans, LA 70118
504-352-8019
nicktr@bellsouth.net

Attorney for Louis Age, III

*/s/ Alysson L. Mills*
ALYSSON L. MILLS
650 Poydras Street, Suite 1525
New Orleans, LA 70130
amills@millsamond.com

Attorney for Stanton Guillory

*s/ Kerry P. Cuccia*
KERRY P. CUCCIA
3801 Canal Street. Ste 400
New Orleans, LA  70119
504-595-8965
Email: kerryc@capitald.org

Attorney for Stanton Guillory

*s/ Jessica Mullaly*
Jessica L. Mullaly, LA Bar #26674
Attorney for Ronald Wilson
7925 Nelson Street
New Orleans, LA 70125
Telephone: 504-258-7294
Email: jessicamullaly1@gmail.com

Attorney for Ronald Wilson

*/s/ Anna Friedberg*
Anna Friedberg
3110 Canal Street
New Orleans, LA 70119
504-444-8557
Email: anna.friedberg@gmail.com

Attorney for Ronald Wilson

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2022 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

*/s/ Richard Bourke*