UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR., *et al.* | SECTION M |

# **ORDER**

Before the Court is a motion by defendant Louis Age III to withdraw Steven Lemoine as co-counsel of record due to a conflict of interest presented by Lemoine's prior representation of another client known as G.S.[1] The United States of America (the "Government") responds in opposition arguing that there is no current conflict because Lemoine no longer represents G.S.[2] Age III replies, reasserting the nature of the purported conflict and how Lemoine believes it may affect his current representation of Age III and could potentially affect G.S.[3] On March 30 and 31, 2022, the Court held an evidentiary hearing concerning issues related to a variety of issues, including the alleged conflict of interest. At the hearing, it became apparent that Lemoine does not have an actual conflict of interest between his prior representation of G.S. and his current representation of Age III,[4] and to the extent one is presented at trial, Lemoine can institute an ethical wall between himself and his independent and unquestionably unconflicted co-counsel

---

[1] R. Doc. 714.
[2] R. Doc. 735.
[3] R. Doc. 743.
[4] There was no evidence adduced at the hearing tending to show that G.S. corrupted the anticipated testimony of M.C. in any way as would render Lemoine duty-bound to take any action antagonistic to his former client's interests. Moreover, because the interests of all Defendants align as to the issues posed by M.C.'s testimony, there is no risk that such issues will not be pursued vigorously by the other Defendants in a way consistent with Age III's interests.

(Nicholas J. Trenticosta) who is separately enrolled to represent Age III.[5]  Having considered the parties' memoranda, the record, and the applicable law,

       IT IS ORDERED that Age III's motion to withdraw Lemoine as co-counsel of record (R. Doc. 714) is DENIED.

       New Orleans, Louisiana, this 1st day of April, 2022.

                                                  BARRY W. ASHE
                                                  UNITED STATES DISTRICT JUDGE

---

[5] *See, e.g.*, *United States v. Kilpatrick*, 798 F.3d 365, 375 (6th Cir. 2015) (upholding trial court's remedy of screening off potentially conflicted counsel and employing unconflicted counsel to handle the examination of an adverse witness).  Lemoine indicates in his motion that he has already taken preliminary steps to screen himself from the investigation concerning M.C.  R. Doc. 714 at 5.